**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WENXIANG LIAN,** | : |
| **Petitioner,** | : |
| | : |
| **v.** | :    **Civ. No. 26-4533** |
| | : |
| **J.L. JAMISON,** *et al.*, | : |
| **Respondents.** | : |
| | : |

## O R D E R

**AND NOW**, this 9th day of July, 2026, upon consideration of Wenxiang Lian's Petition

(Doc. No. 1) and the Government's Response (Doc. No. 4), it is hereby **ORDERED** that the

Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and

   instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C.

   § 1226(a).  See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL

   3218243 (E.D. Pa. Nov. 18, 2025).  See also Kourouma v. Jamison, No. 26-182, 2026

   WL 120208, at *2–3 (E.D. Pa. Jan. 15, 2026) (Marston, J.) ("The Third Circuit's

   opinion in Khalil . . . does not change the Court's conclusion.") (citing Khalil v.

   President, United States of America, Nos. 25-2162 and 25-2357, 2026 WL 111933 (3d

   Cir. Jan. 15, 2026)); Restrepo v. Jamison, No. 25-6518, 2026 WL 141803, at *5 (E.D.

   Pa. Jan. 2020, 2026) (Leeson, J.) (same).

2. All claims against Markwayne Mullin, the U.S. Department of Homeland Security, the

   Executive Office for Immigration Review, and Todd Blanche are **DISMISSED**.  See

   Demirel, No. 25-5488, 2025 WL 3218243, at *2.

2

3. **On or before** **July 16, 2026**, Respondents **shall provide** Petitioner with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.